IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| CHANTEL DUCHENEAUX | Violations: 18 U.S.C. §§ 113(a)(3), 1111, 1152, and 1153 |

COUNT ONE

**First-Degree Murder within Indian Country**

The Grand Jury Charges:

On or about June 21, 2019, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

CHANTEL DUCHENEAUX,

an Indian, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill a human being, namely, Taylor Benson, an Indian, by stabbing her with a knife;

In violation of Title 18, United States Code, Sections 1111, 1152, and 1153.

## COUNT TWO

**Assault with a Dangerous Weapon**

The Grand Jury Further Charges:

On or about June 21, 2019, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

CHANTEL DUCHENEAUX,

an Indian, assaulted Taylor Benson, an Indian, with a dangerous weapon, namely, a knife, with intent to cause bodily harm;

In violation of Title 18, United States Code, Sections 113(a)(3), 1152, and 1153.

## COUNT THREE

### Assault with a Dangerous Weapon

The Grand Jury Further Charges:

On or about June 21, 2019, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

### CHANTEL DUCHENEAUX,

an Indian, assaulted Kelly Black Bird, an Indian, with a dangerous weapon, namely, a knife, with intent to cause bodily harm;

In violation of Title 18, United States Code, Sections 113(a)(3), 1152, and 1153.

A TRUE BILL:

/s/ Grand Jury Foreperson
Foreperson

/s/ Drew H. Wrigley
DREW H. WRIGLEY
United States Attorney

GLD/jt